**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 70 WM 2020

         Respondent              :

                    v.             :

MARC W. NUZZO,                 :

         Petitioner

**ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2020, the Petition for Review is DENIED.